IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:12-CR-926-1 |
| | § | |
| JOEL GARCIA-BUITRON; | § | |
| aka Christian Garcia-Builtron; | § | |
| aka Joel Garcia-Builtron | | |

# ORDER

BE IT REMEMBERED on this 26th day of February, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed November 27, 2012, wherein the defendant Joel Garcia-Buitron waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by the defendant Joel Garcia-Buitron to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted.  The Court finds the defendant Joel Garcia-Buitron guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

SIGNED this 26th day of February, 2013.

_____
Hilda G. Tagle
Senior United States District Judge